COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| THE STATE OF TEXAS, | § | No. 08-10-00187-CR |
| | § | |
| Appellant, | § | Appeal from |
| | § | |
| v. | § | County Court at Law No. 5 |
| | § | |
| JUDITH MEZA, | § | of Bexar County, Texas |
| | § | |
| Appellee. | § | (TC # 430743) |
| | § | |

**<u>MEMORANDUM OPINION</u>**

Pending before the Court is the State's motion to dismiss this appeal pursuant to Tex.R.App.P. 42.2(a). Finding that the State has established compliance with the requirements of Rule 42.2(a), we grant the motion and dismiss the appeal.

September 29, 2010

ANN CRAWFORD McCLURE, Justice

Before Chew, C.J., McClure, and Rivera, JJ.